UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMA ROEDEL,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

File No: 1:20-CV-369

HON. ROBERT J. JONKER

**ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS**

The Court was advised by plaintiff's counsel on November 23, 2020, that the parties have reached a settlement.

Accordingly, closing documents shall be filed no later than **December 14, 2020**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case will be dismissed without prejudice and without costs.

.

Date:   November 23, 2020

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE