IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMA ROEDEL,                                              )
                                                         )
                                    Plaintiff,           )
                                                         )          Civil Action No. 1:2020-CV-00369
              v.                                         )
                                                         )          Hon. Robert J. Jonker
MICHIGAN STATE UNIVERSITY, et al                         )
                                                         )
                                                         )
                                    Defendants,          )

**STIPULATION AND ORDER TO DISMISS COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for

Plaintiff, and Defendants Michigan State University, Michigan State University Board of

Trustees, Lou Anna Simon, Mark Hollis, and Yolanda Johnson, and Jessica Norris that the

within complaint is dismissed in its entirety with prejudice with no costs or fees assessed to

either party.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**IT IS SO STIPULATED** on December 14, 2020

/s/ Karen Truszkowski

_____
Karen Truszkowski, Esq. (P56929)
Temperance Legal Group
PLLC 503 Mall Court #131
Lansing, MI 48912
1-844-534-2560
Karen@temperancelegalgroup.com

/s/ Uri Abt

_____
Uri Abt
Assistant General Counsel
Michigan State University
Hannah Administration Building
426 Auditorium Road, Room 494
East Lansing MI 48824
517.353.3530
abturiel@msu.edu

*Attorney for Defendants*


**IT IS SO ORDERED.**


_____
Hon. Robert J. Jonker
U.S. District Court Judge


Dated: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2020, I electronically filed the foregoing

Stipulation and Order with the Clerk of the Court using the CM/ECF system, which sent

notification of the filing to all counsel of record.

/s/ Karen Truszkowski

_____

Karen Truszkowski
Attorney for Plaintiff
503 Mall Court
Lansing MI 48912
517.235.3053